*Tuesday, August 25, 1992*
## MOTION DOCKET

**92–1609.** State ex rel. Hager v. Stone. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for expedited scheduling order and request for an alternative writ,

IT IS ORDERED by the court that said motion for expedited scheduling order be, and the same is hereby, denied, effective August 21, 1992.

HOLMES, J., not participating.

IT IS FURTHER ORDERED by the court that said request for an alternative writ staying the effect of Middletown Ordinance 092–69 be, and the same is hereby, granted.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

IT IS FURTHER ORDERED by the court that on or before September 18, 1992, both parties shall file with the Clerk of this court all evidence which they intend to present; on or before October 5, 1992, relator(s) shall file their merit brief(s); on or before October 20, 1992, respondent(s) shall file their merit brief(s); and on or before October 26, 1992, relator(s) shall file any reply brief(s).

## MISCELLANEOUS DISMISSALS

**92–1401.** State ex rel. Brofford v. Fourth Dist. Court of Appeals. In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective August 19, 1992.

**92–1491.** Sharp v. Clark. *Darke County*, No. CA–1285. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Darke County to certify its record. On application of appellee, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice, effective August 19, 1992.

**92–1577.** George v. Coyne. In Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of quo warranto. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective August 24, 1992.